UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-9023-MWF(PLAx)**                              Dated: **February 28, 2014**

Title:    Silver Textile, Inc. -v- D Lux Brands, LLC.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                                None Present
Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on February 27, 2014, the Court sets a hearing for Order To Show Cause Re Default Judgment for March 31, 2014 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

IT IS SO ORDERED.