JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER TEXTILE, INC., a California corporation, aka Silver Textiles, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> D LUX BRANDS, LLC, a California limited liability company, <br><br> Defendant. | Case No. CV-12-09023-MWF (PLAx) <br><br> **JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANT D LUX BRANDS, LLC** |

The Court, having considered the Motion For Entry of Default Judgment Against Defendant D Lux, LLC (the "Motion") (Docket No. 62) and the supporting papers filed by Plaintiff Silver Textile, Inc. ("Silver"), and the record established in this case, and for good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered against Defendant D Lux Brands, LLC ("D Lux") as follows:

1. The Motion is granted and judgment is entered in favor of Silver on the First, Second, Third, Fifth, Sixth, Seventh and Eighth claims for relief in the Complaint (Docket No. 1).

2. Damages in the total amount of $236,452.02 for D Lux's willful infringement of Silver's "Grass" trademark.

3. Damages in the total amount of $47,875.77 for D Lux's breach of contract, plus pre-judgment interest thereon at the legal rate of 10% per annum under California law from July 10, 2012 until the date of entry of this judgment.

4. Attorneys' fees in the amount of $53,059.00, which is inclusive of the sum of $7,035.00 previously awarded by the Court in monetary discovery sanctions.

5. Silver is the prevailing party for the purposes of Federal Rule Civil Procedure.  Silver may submit its Bill of Costs to the Clerk pursuant to Local Rule 54-2.

6. Post-judgment interest is awarded at the applicable federal rate under 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

7. D Lux and its agents, servants, employees, attorneys, successors and assigns, and all persons in active concert or participation with any of them are permanently enjoined and restrained from:

    a. Infringing Silver's "Grass" trademark or using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception regarding the ownership of that trademark;

    b. Using any false designation of origin or false or misleading description or representation of fact that causes or is likely to cause confusion, mistake, or deception regarding Silver's "Grass" trademark;

   c. Manufacturing any goods that bear any of Silver's "Grass" trademark, alone or in combination with any other word(s) or device(s), or selling, offering for sale, distributing, advertising, or promoting any goods that bear Silver's "Grass" trademark, alone or in combination with any other word(s) or device(s); and

   d. Using any words or symbols that so resemble Silver's "Grass" trademark so as to be likely to cause confusion, mistake, or deception on or in connection with the manufacture, importation, sale, offering for sale, distribution, advertisement, or promotion of any product that is not authorized by or for Silver.

  8. Pursuant to 15 U.S.C. § 1118, D Lux shall deliver, within 30 days after entry of this Judgment, to Silver at 2101 South Flower Street, Los Angeles, California 90067, D Lux's entire inventory of garments, products, packaging, and labeling using the "Grass" trademark for destruction by Silver.

  9. Pursuant to 15 U.S.C. § 1116(a), D Lux shall, within 30 days after entry of this Judgment, file with this Court and serve upon Silver's attorneys of record a written report under oath setting forth in detail the manner in which D Lux has complied with the judgment.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

  10. Pursuant to 15 U.S.C. § 1119, the registry of the United States Patent and Trademark Office ("USPTO") is ordered to be rectified to reflect Silver's ownership of Silver's "Grass" trademark such that:

   a. D Lux's filing of the Trademark Assignment with the USPTO on July 27, 2012, of the "Grass" trademark bearing U.S. registration number 3044951 and U.S. serial number 78429759, is canceled from the USPTO registry; and

   b. Silver is the owner of Silver's "Grass" trademark bearing U.S. registration number 3044951 and U.S. serial number 78429759, and Silver has been the rightful owner of the trademark since it acquired that trademark on August 22, 2011.

11. Pursuant to 15 U.S.C. § 1119, the portion of this Judgment set forth in the preceding two paragraphs above is certified by this Court to the Director of the USPTO, who shall make appropriate entries upon the records of the USPTO consistent with this Judgment and shall be controlled thereby.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Sections 2.1(a)(ii) and 2.1(a)(iii) of the Asset Purchase Agreement between Silver and D Lux are ordered reformed to provide that D Lux, as the Purchaser, agreed to "separately pay all freight and duties associated with the importation of those garments."

DATED: May 12, 2014.

_____
MICHAEL W. FITZGERALD
United States District Judge